```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA          :
        -v-                       :
    Mady Diakite                  :
                                  :
        Defendant.                :
                                  :
-----------------------------------x
```

ORIGINAL

**ORDER**

08 CR 362 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

Upon the request of the defendant, Mady Diakite, by his counsel, Jennifer L. Brown, Esq., Federal Defenders of New York, and with good cause it is hereby

**ORDERED** that the Bureau of Prisons (Metropolitan Detention Center) and the United States Marshal Service accept the following clothing for Mr. Mady Diakite, Register Number 60923-054, to wear for appearances at his trial commencing on Monday, June 30, 2008 and continuing thereafter:

1. two pairs of pants;
2. two button-down shirts;
3. two pairs of dress socks;
4. two ties;
5. one pair of leather shoes;
6. one leather belt;
7. one jacket;

Dated: New York, New York
       June 24, 2008

SO ORDERED:

*Loretta A. Preska*
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE