```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES,                      :
                                    :     S1 08 Cr. 362 (LAP)
        -v-                         :
                                    :     ORDER
MADY DIAKITE, a/k/a "Ibrahim        :
Conde," a/k/a "Moussa Sylla,"       :
                                    :
        Defendant,                  :
                                    :
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

   Defendant moves by letter for an order directing the Government to produce the Defendant's "A-File" which contains certain information gathered from the immigration and inspection process. The Government proffers that the file contains no information relevant to the Defendant's defense.

   The motion is denied because the Defendant has failed to carry his burden of demonstrating that the file is necessary to his defense.

SO ORDERED:

Dated:   New York, New York
         June 30, 2008

                                _____
                                LORETTA A. PRESKA, U.S.D.J.